IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LISA L.[1],

       Plaintiff,                                            Civ. No. 3:17-cv-00873-CL

       v.                                                   ORDER

NANCY A. BERRYHILL,
Commissioner of Social Security,

       Defendant.

_____

MCSHANE, Judge:

       Magistrate Judge Mark Clarke filed a Findings and Recommendation (#15), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#15) is adopted. The Commissioner's decision is REVERSED and REMANDED for further administrative proceedings.

IT IS SO ORDERED.

       DATED this 19th day of September, 2018.

                                                               _____/s/ Michael J. McShane_____
                                                                        Michael McShane
                                                                United States District Judge

---

[1] In the interest of privacy, I use only the first name and last initial of the plaintiff.

1 – ORDER